**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

**LARRY LEE LONG,**

                **Plaintiff,**        Case No. C-3:07-CV-093

**-vs-**

                                           **District Judge Thomas M. Rose**
**OFFICER BRIAN CORDIAL**            **Magistrate Judge Sharon Ovington**

                **Defendant.**

---

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATIONS OF THE MAGISTRATE JUDGE (DOC. #12), OVERRULING PLAINTIFF'S OBJECTIONS (DOC. #13), ORDERING PLAINTIFF'S COMPLAINT BE DISMISSED, DENYING PLAINTIFF'S MOTIONS (DOC.# 2,4,6,7,11) AS MOOT, AND CERTIFYING THAT PURSUANT TO 18 U.S.C. 1915(a) THAT AN APPEAL OF THIS ORDER WOULD NOT BE TAKEN IN GOOD FAITH DENYING PLAINTIFF'S LEAVE TO APPEAL** *in forma pauperis;* **TERMINATION ENTRY**

---

       This matter comes before the Court pursuant to Objections (Doc. #13) to the Report and Recommendations of Magistrate Judge Sharon Ovington (Doc.#12) recommending that Plaintiff's Complaint be dismissed.

       The Court has reviewed the comprehensive findings of the Magistrate Judge and pursuant to 28 U.S.C. Section 636(b) and Fed. R. Civ. P. 72(b), this Court has made a de novo review of the record in this case. Upon consideration of the foregoing, the Court finds the Objections (Doc.# 13) are not well-taken and are hereby OVERRULED.

       The Court ADOPTS the Report and Recommendations (Doc. #12) in it's entirety Ordering that Plaintiff's Complaint be DISMISSED, that Plaintiff's Motions (Doc. # 2,4,6,7 and 11 ) be DENIED as moot, and CERTIFYING that an appeal of this order would not be

taken in good faith and therefore DENYING Plaintiff's leave to appeal *in forma pauperis.*

This case is TERMINATED on the docket of this Court.

May 14, 2007                                                       **s/THOMAS M. ROSE**


                                                                    _____
                                                                       THOMAS M. ROSE
                                                                    UNITED STATES DISTRICT JUDGE